STATE OF CONNECTICUT *v.* ANGEL LUIS SANCHEZ

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 1 (AC 31735), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the failure of the trial court to give a *Ledbetter* instruction in this case, sua sponte, did not present the type of extraordinary situation that warrants reversal under the plain error doctrine?"

The Supreme Court docket number is SC 18799.

*Katherine C. Essington*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided June 8, 2011